1 | Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 73.252.128.95

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>         Plaintiff,<br><br>     vs.<br><br>John Doe subscriber assigned IP address 73.252.128.95            Defendants. | No. 3:19-cv-00165<br><br>**NOTICE OF APPEARANCE FOR IP ADDRESS** 73.252.128.95 |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 73.252.128.95.

    DATED this 7th day of April , 2019.

                                    **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                                    By /S/  Steve Vondran
                                        Steven C. Vondran, Esq.
                                        *Attorneys for IP* 73.252.128.95

**ORIGINAL** of the foregoing *e-filed* this 7th day of April 2019, with:

UNITED STATES DISTRICT COURT

**JUDGE JOSEPH C. SPERO**
**450 GOLDEN GATE AVENUE**
**SAN FRANCISCO, CA  94102**
**CR G**
**15TH FLOOR**

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

Executed on April 7th, *2019,* at Houston, Texas

By:   */s/     Lisa Vondran* _____
          Lisa Vondran, Assistant